IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIAM PIERCE,**<br>    **Plaintiff,**<br><br>          v.<br><br>**DISTRICT OF COLUMBIA,**<br>    **Defendant.** | )<br>)<br>)<br>)<br>) No. 13-cv-0134 (KBJ)<br>)<br>)<br>) ORAL ARGUMENT REQUESTED<br>)<br>)<br>) |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
AS TO CLAIMS I AND II OF THE COMPLAINT**

Plaintiff William Pierce hereby moves, pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7(h), for partial summary judgment on Claims I and II of the Complaint. In particular, Mr. Pierce requests that the Court enter judgment that Defendant violated Title II of the Americans with Disabilities Act ("ADA") and Section 504 of the Rehabilitation Act, that such violations were intentional, and that Plaintiff is therefore entitled to seek and receive compensatory damages in an amount to be determined at trial.

There are no genuine issues as to the material facts that demonstrate Defendant's intentional violation of the ADA and the Rehabilitation Act. Mr. Pierce's motion for partial summary judgment is supported by the accompanying Statement of Undisputed Facts and Memorandum.

Wherefore, Plaintiff respectfully requests that the Court enter partial summary judgment in Plaintiff's favor on Claims I and II of the Complaint. Pursuant to LCvR 7(f), Plaintiff respectfully requests oral argument on its motion.

                        Respectfully submitted,

                        __/s/ James E. Rocap III_____
                        James E. Rocap III (#912840)
                        Damon J. Kalt (#996078)
                        Nina S. Thanawala (#1018413)
                        STEPTOE & JOHNSON LLP
                        1330 Connecticut Avenue NW
                        Washington, DC 20036
                        Telephone: (202) 429-3000

                        Arthur B. Spitzer (#235960)
                        Frederick V. Mulhauser (#455377)
                        Jennifer A. Wedekind (#1012362)
                        AMERICAN CIVIL LIBERTIES
                        UNION OF THE NATION'S CAPITAL
                        4301 Connecticut Avenue NW, Suite 434
                        Washington, DC 20008
                        Telephone: (202) 457-0800

                        **Attorneys for Plaintiff William Pierce**

November 17, 2014