UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                              )
WILLIAM PIERCE,               )
                              )
            Plaintiff,        )
                              )
      v.                      )   Civil Action No. 13-cv-0134 (KBJ)
                              )
DISTRICT OF COLUMBIA,         )
                              )
            Defendant.        )
                              )
_____)

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's [47] Motion for Partial Summary Judgment is **GRANTED**, Defendants' [49] Cross-Motion for Summary Judgment and [46] Motion to Preclude Plaintiff's experts are **DENIED**, and **JUDGMENT IS ENTERED IN FAVOR OF PLAINTIFF** with respect to Claims I and II of the Complaint.  It is

**FURTHER ORDERED** that the parties shall appear before the Court for a scheduling conference on **October 1, 2015 at 10:00 AM** in Courtroom 17.  At that status conference, the parties should be prepared to discuss their availability for trial.  This is a final appealable order.

Date: September 2, 2015

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge