UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIAM PIERCE,**<br><br>　　　　　　　　　　**Plaintiff,**<br><br>　v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>　　　　　　　　　　**Defendant.** | No. 1:13-cv-00134 KBJ |

**JOINT REPORT REGARDING VOIR DIRE QUESTIONS**

　　　Pursuant to the Court's April 7, 2016 Order Regarding Trial Procedures (ECF No. 143), the parties, through counsel, met and conferred by telephone on April 15, 2016 regarding the voir dire questions set forth in Appendix B of that Order ("Appendix B").  Below are the parties' jointly proposed modifications and additions to Appendix B.

**I.　　Modifications to Voir Dire Questions in Appendix B**

　　　Question 4:　　The parties request modification of the descriptions of the American Civil Liberties Union from "American Civil Liberties Union of the National's Capitol" to "American Civil Liberties Union of the Nation's Capital."

　　　Question 5:　　As Terrence O'Connell and Douglas Rosenbloom will not be seated at Defendant's counsel table, the parties request that the descriptions of these attorneys be moved to Question 6.

　　　Question 41:　　In order to explain to the jury why the question is being posed, plaintiff requests the addition of the following sentence to the beginning of the question: "Plaintiff is a gay man."

## II. Additions to Voir Dire Questions in Appendix B

The parties respectfully request the following additional voir dire questions.

1. Have you, any members of your family, or any close friends ever worked for the District of Columbia, the Corrections Corporation of America, or Unity Healthcare?[1]

2. Have you, any members of your family, or any close friends ever worked or received training in the medical, mental health, or substance abuse fields?[2]

3. Have you, any members of your family, or any close friends ever been subjected to what you considered to be unfair treatment by any member of any governmental entity, law enforcement agency, prison/correctional facility, or jail/detention facility under any circumstances (including traffic violations)?[3]

4. Have you, any members of your family, or any close friends ever filed a claim against any governmental agency, law enforcement agency, prison/correctional facility (including employees), or jail/detention facility (including employees)?[4]

5. Have you sought or received mental health services or substance abuse treatment?  Is there anything about your experience that you think would affect your ability to be a fair and impartial juror in this case?[5]

6. Do you have a strong opinion, positive or negative, about the validity of mental health diagnoses?  Is there anything about your experience that you think would affect your ability to be a fair and impartial juror in this case?[6]

---

[1] *See* Joint Proposed Voir Dire Questions 10-11 & 14-17 (ECF No. 140-1).
[2] *See id.* at Questions 26-27.
[3] *See id.* at Question 46.
[4] *See id.* at Question 54.
[5] *See id.* at Question 70.
[6] *See id.* at Question 71.

Respectfully Submitted,

| | |
|---|---|
| /s/ James E. Rocap, III | /s/ Anne M. Orcutt |

James E. Rocap III (#912840)  
Damon J. Kalt (#996078)  
Nina S. Thanawala (#1018413)  
STEPTOE & JOHNSON LLP  
1330 Connecticut Avenue NW  
Washington, DC 20036  
Telephone: (202) 429-3000  

Daniel P. Struck (#CO0037)  
Anne M. Orcutt (#OK0011)  
STRUCK, WIENEKE & LOVE PLC  
3100 West Ray Road, Suite 300  
Chandler, AZ 85226  
Tel:   (480) 420-1600  

Arthur B. Spitzer  
AMERICAN CIVIL LIBERTIES  
UNION OF THE NATION'S CAPITAL  
4301 Connecticut Avenue NW, Suite 434  
Washington, DC 20008  
Telephone: (202) 457-0800  

Mariana del Valle Bravo (#473809)  
Matthew D. Berkowitz (#974170)  
CARR MALONEY PC  
2000 L Street NW, Suite 450  
Washington, DC 20036  
Tel:   (202) 310-5500  

*Counsel for Plaintiff*                                     *Counsel for Defendant*

April 15, 2016