Government ☑
Plaintiff
Defendant
Joint
Court

WILLIAM PIERCE

VS.

DISTRICT OF COLUMBIA

Civil/Criminal No. 13-cv-0134 (KBJ)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| PX001 | [DC-WAP 000124] 02 23 2012 CCA Letter | 5/9/16 | 5/9/16 | Point |
| PX002 | [DC-WAP 000133] 02 23 2012 Incident Statement | 5/10/16 | 5/10/16 | Tutwiler |
| PX003 | [WITHDRAWN] | | | |
| PX004 | [DC-WAP 000139] 03 01 2012 Administrative Segregation Review | 5/4/16 | 5/4/16 | Pierce |
| PX005 | [DC-WAP 000140] 02 23 2012 Protective Custody/Waiver Form | 5/3/16 | 5/3/16 | Pierce, Tutwiler |
| PX006 | [DC-WAP 000141] 02 28 2012 Memorandum | 5/9/16 | 5/9/16 | Point, McNeal |
| PX007 | [DC-WAP 000142] 03 06 2012 Memorandum | 5/9/16 | 5/9/16 | Point |
| PX008 | [DC-WAP 000143 - DC-WAP 000144] 03 07 2012 Protective Custody/Waiver Form | 5/4/16 | 5/4/16 | Pierce, McNeal |
| PX009 | [DC-WAP 000146 - DC-WAP 000147] 02 07 2012 OMS Document | 5/10/16 | 5/10/16 | Tutwiler |
| PX010 | [DC-WAP 000148 - DC-WAP 000149] 02 27 2012 Informal Resolution | 5/3/16 | 5/3/16 | Bienvenu, Pierce |
| PX011 | [DC-WAP 000150 - DC-WAP 000151] 03 02 2012 Informal Resolution | 5/3/16 | 5/3/16 | Point, Wills, Fulton |
| PX012 | [WITHDRAWN] | | | Bienvenu, Fulton |
| PX013 | [DC-WAP 000153- DC-WAP 000154] 03.13 2012 Inmate Grievance | 5/9/16 | 5/9/16 | Bienvenu, Fulton |
| PX014 | [DC-WAP 000262 - DC-WAP 000274] 02 01 2012 CCA-CTF Document | 5/3/16 | 5/3/16 | Bienvenu, Point, Wills |
| PX015 | [WITHDRAWN] | | | |

WILLIAM PIERCE

VS.

DISTRICT OF COLUMBIA

Civil/Criminal No. 13-cv-0134 (KBJ)

Government Plaintiff ✓
Defendant
Joint
Court

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| PX016 | [WITHDRAWN] | | | |
| PX017 | [DC-WAP 000353 - DC-WAP 000354] March 2012 Emails | 5/5/16 | 5/5/16 | Holder |
| PX018 | [DC-WAP 000355] 03 21 2012 Email | 5/5/16 | 5/5/16 | Holder |
| PX019 | [DC-WAP 000358] 03 21 2012 Emails | | | |
| PX020 | [DC-WAP 000577 - DC-WAP 000579] 06 07 2010 DC CTF Document | | | |
| PX021 | [DC-WAP 000069 - DC-WAP 000122] 02 25 2013 Medical Records | 5/3/16 | 5/3/16 | Pierce, Dott. Pierce, Ms. Drayton |
| PX022 | [DC-WAP 000~~061~~ 919 - DC-WAP 001~~064~~ 1064] Medical Records [Partially Redacted] | 5/3/16 | 5/4/16 | Bienvenu |
| PX023 | [DC-WAP 001237] 02 15 2012 Handwritten Notes | 5/8/16 | 5/8/16 | Bienvenu |
| PX024 | [DC-WAP 001239] 02 15 2012 Handwritten Notes | 5/3/16 | 5/3/16 | Bienvenu |
| PX025 | [DC-WAP 001243] [Undated] Handwritten Notes | 5/3/16 | 5/3/16 | Bienvenu |
| PX026 | [DC-WAP 001245] [Undated] Handwritten Notes | 5/3/16 | 5/3/16 | Bienvenu, Wills |
| PX027 | [DC-WAP 001247] [Undated] Handwritten Notes | 5/3/16 | 5/4/16 | Bienvenu, Pierce |
| PX028 | [DC-WAP 001251] [Undated] Handwritten Notes | 5/3/16 | 5/4/16 | Bienvenu, Pierce |
| PX029 | [DC-WAP 001253] [Undated] Handwritten Notes | 5/3/16 | 5/4/16 | Bienvenu, Pierce |
| PX030 | [DC-WAP 001257] [Undated] Handwritten Notes | 5/3/16 | | Bienvenu |

WILLIAM PIERCE

VS.

DISTRICT OF COLUMBIA

Civil/Criminal No. 13-cv-0134 (KBJ)

Government Plaintiff ✓
Defendant
Joint
Court

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| PX031 | [DC-WAP 000583 - DC-WAP 000586] 03.12.2012 Education Document | 5/9/16 | 5/9/16 | McNeal |
| PX032 | [DC-WAP 000343 - DC-WAP 000345] 02 14 2012 Emails | 5/5/16 | 5/5/16 | Holder |
| PX033 | [DC-WAP 000346 - DC-WAP 000347] 02 14 2012 Emails | 5/5/16 | 5/5/16 | Holder |
| PX034 | [WITHDRAWN] | | | |
| PX035 | [WP0000160 - WP0000161] [Undated] Handwritten Notes | 5/3/16 | 5/3/16 | Bienvenu |
| PX036 | [WP0000165] [Undated] 2012 Calendar | 5/3/16 | | Bienvenu |
| PX037 | [WP0000206] [Undated] Handwritten Notes | | | |
| PX038 | [WP0000289 - WP0000291] 02 14 2012 Email | | | |
| PX039 | [WP0000310] [Undated] Handwritten Notes | | | |
| PX040 | [WP2-20000008 - WP2-20000011] February 2012 Emails | 5/5/16 | 5/5/16 | Holder |
| PX041 | [WITHDRAWN] | | | |
| PX042 | 05 26 2014 Expert Report of Martina Bienvenu | 5/3/16 | | Bienvenu |
| PX043 | Exhibit to Bienvenu Expert Report - Bienvenu CV | 5/3/16 | 5/3/16 | Bienvenu |

_____ William Pierce _____

Government ___
Plaintiff ___
Defendant _X_
Joint ___
Court ___

vs.                                   Civil/Criminal No. 1:13-cv-00134-KBJ

_____ District of Columbia _____

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 1 | March 21, 2012 memorandum from Unit Manager A. Points to D.C. Department of Corrections Record Officer Administrator regarding Good Time Credit for William Pierce, with attached Certificate of Completion (DC-WAP 000053 – DC-WAP 000054) | | 5/9/16 | Point |
| 2 | February 1, 2012 Comprehensive Intake - Intake Processing Notes from encounter with Dr. Doh at the Central Detention Facility (DC-WAP 000073 – DC-WAP 000077) | 5/9/16 | 5/9/16 | |
| 3 | February 3, 2012 Chronic Care Clinic treatment notes from encounter with Dr. Chapman at CTF (DC-WAP 000084 – DC-WAP 000085) | | | |
| 4 | February 8, 2012 Chronic Care Clinic treatment notes from encounter with Dr. Chapman at CTF (DC-WAP 000087) | | | |
| 5 | March 2012 Graphic Arts Vocational Report (DC-WAP 000145) | | | Russell |
| 6 | March 2012 CTF Institutional Official Visitor's Sign-In Log (DC-WAP 000260 – DC-WAP 000261) | 5/6/16 | 5/6/15 | |
| 7 | February 5, 2012 e-mail from Principal Kirkland to AW Fulton regarding Student Report (Inmate Pierce) (DC-WAP 000636) | | | |
| 8 | February 9, 2012 CCA/CTF Test of Adult Basic Education ("TABE") scores for Plaintiff (DC-WAP 002206) | | | |
| 9 | March 12, 2012 autobiography of William Pierce (WP000308 – WP000309) | 5/3/16 | 5/3/16 | Bienvenue Pierce, McNeal |
| 10 | December 16, 2011 Information and Gerstein Affidavit filed in the District of Columbia Superior Court, Case No. 11-002701DVM, District of Columbia v. Pierce (DC-WAP 000008; DC-WAP 000010 – DC-WAP 000011) | | | |

1

William Pierce

vs.

District of Columbia

Civil/Criminal No. 1:13-cv-00134-KBJ

Government ___
Plaintiff ___
Defendant X
Joint ___
Court ___

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 11 | December 16, 2011 Release Order filed in the District of Columbia Superior Court, Case No. 11-002701DVM, *District of Columbia v. Pierce* (DC-WAP 000013 – DC-WAP 000014) | | | |
| 12 | January 5, 2012 Plea Agreement and Waiver of Trial filed in the District of Columbia Superior Court, Case No. 11-002701DVM, *District of Columbia v. Pierce* (DC-WAP 000017) | | | |
| 13 | February 1, 2012 certified copy of Sentence of the Court filed in the District of Columbia Superior Court, Case No. 11-002701DVM, *District of Columbia v. Pierce* (DC-WAP 000043 – DC-WAP 000044) | | 5/5/16 | Pierce Point |
| 14 | February 3, 2012 Discharge Planning – Initial Visit Notes (DC-WAP 000083 – DC-WAP 000084) | 5/5/16 | | |
| 15 | February 3, 2012 Discharge Planning – Follow-up Visit Notes (DC-WAP 000085) | | | |
| 16 | February 3, 2012 Medication Order Notes (DC-WAP 000086) | | | |
| 17 | February 22, 2012 Nursing Sick Call Note (DC-WAP 000088) | | | |
| 18 | February 23, 2012 Provider Sick Call Note (DC-WAP 000088 – DC-WAP 000089) | | | |
| 19 | February 24, 2012 Provider Follow-Up Note (DC-WAP 000089 – DC-WAP 000090) | | | |
| 20 | February 24, 2012 Nursing Note (DC-WAP 000091 – DC-WAP 000092) | | | |
| 21 | February 26, 2012 Nursing Note (DC-WAP 000092) | | | |
| 22 | February 29, 2012 Urgent Care Provider Note (DC-WAP 000092 – DC-WAP 000093) | | | |

2

William Pierce

vs.

District of Columbia

Civil/Criminal No. 1:13-cv-00134-KBJ

Government ___
Plaintiff ___
Defendant  X
Joint ___
Court ___

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 23 | February 29, 2012 Urgent Care Provider Follow-up Note (DC-WAP 000093 – DC-WAP 000095) | | | |
| 24 | February 29, 2012 Nursing Note (DC-WAP 000095 – DC-WAP 000096) | | | |
| 25 | March 6, 2012 Nursing Note (DC-WAP 000096 – DC-WAP 000097) | | | |
| 26 | March 7, 2012 Chronic Care Provider Note (DC-WAP 000097) | | | |
| 27 | March 16, 2012 Chronic Care Provider Follow-Up Note (DC-WAP 000099) | | | |
| 28 | February 2012 Medication Administration Records (DC-WAP 000115 – DC-WAP 000118) | | | |
| 29 | February 1, 2012 Unity Health Care Authorization to Release Medical Records (DC-WAP 000121) | | | |
| 30 | June 17, 2013 DC Department of Corrections Inmate Record for Plaintiff (DC-WAP 000167 – DC-WAP 000168) | | | |
| 31 | February 7, 2012 Application for Substance Abuse Program completed by Plaintiff (DC-WAP 000587) | 5/3/16 | 5/3/16 | Pierce |
| 32 | February 21, 2012 Substance Abuse Program Self-Evaluation Tests completed by Plaintiff (DC-WAP 000588 – DC-WAP 000589) | 5/3/16 | 5/3/16 | Pierce |
| 33 | February 7, 2013 Memorandum from Instructor Russell to AW Fulton regarding William Pierce (DC-WAP 000590) | | | |
| 34 | CCA/CTF Graphic Arts Class – Book 1 (DC-WAP 000591 – DC-WAP 000607) | 5/4/16 | 5/4/16 | Pierce Russell |
| 35 | CCA/CTF Graphic Arts Class – Book 2 (DC-WAP 000608 – DC-WAP 000627) | 5/4/16 | 5/4/16 | Pierce Russell |

3

Government ___
Plaintiff ___
Defendant X
Joint ___
Court ___

William Pierce

vs.

District of Columbia

Civil/Criminal No. 1:13-cv-00134-KBJ

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 36 | February 2012 Graphic Arts Vocational Report (DC-WAP 000635) | 5/6/16 | 5/6/16 | Russell |
| 37 | CCA/CTF Graphic Arts Class – Book 3 (DC-WAP 000637 – DC-WAP 000650) | 5/4/16 | 5/6/16 | Pierce |
| 38 | January 10, 2012 e-mail exchange between David Holder and Madeleine Davis-Shelton (DC-WAP 000654 – DC-WAP 000655) | 5/5/16 | 5/5/16 | Holder |
| 39 | January 30, 2012 4:28 PM e-mail exchange between David Holder and Willy Pierce (DC-WAP 000665 – DC-WAP 000669) | 5/5/16 | 5/5/16 | Holder |
| 40 | January 30, 2012 4:29 PM e-mail exchange between David Holder and Willy Pierce (DC-WAP 000670 – DC-WAP 000674) | | 5/5/16 | Holder |
| 41 | March 7, 2012 e-mail exchange between David Holder and Debbie Gassert (DC-WAP 000686 – DC-WAP 000689) | 5/5/16 | | |
| 42 | March 6, 2012 e-mail exchange between David Holder and AW Fulton (DC-WAP 000690 – DC-WAP 000692) | | | |
| 43 | September 5, 2013 e-mail from William Pierce to David Holder (DC-WAP 000716 – DC-WAP 000717) | | | |
| 44 | February 1, 2012 e-mail from William Pierce to David Holder and "Jerri" (DC-WAP 000719 – DC-WAP 000720) | | | |
| 45 | March 29, 2012 e-mail from William Pierce to David Holder (DC-WAP 000725) | | | |
| 46 | Resume of Ronald E. Friedrich (DC-WAP 000726 – DC-WAP 000727) | | | |

4

| Government | _____ |
|---|---|
| Plaintiff | \|__\| |
| Defendant | \|X\| |
| Joint | \|__\| |
| Court | \|__\| |

William Pierce
vs.
District of Columbia

Civil/Criminal No. 1:13-cv-00134-KBJ

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 47 | September 17, 2013 Amazon.com order history with handwritten annotations by Debbie Gassert (DC-WAP 000730) | | | Bienvenue |
| 48 | August 1-4, 2011 1-mail exchange between Debbie Gassert and William Pierce (DC-WAP 000733) | | | Bienvenue |
| 49 | August 16, 2011 notification of Facebook messages between Debbie Gassert and William Pierce (DC-WAP 000734) | 5/3/16 | 5/3/16 | Bienvenue |
| 50 | August 23 – October 13, 2011 e-mail exchange between Debbie Gassert and William Pierce (DC-WAP 000736 – DC-WAP 000737) | | | Bienvenue |
| 51 | October 23, 2011 e-mail exchange between Debbie Gassert and William Pierce (DC-WAP 000741) | | | Bienvenue |
| 52 | November 26, 2011 e-mail from Debbie Gassert to William Pierce (DC-WAP 000744) | | | Bienvenue |
| 53 | December 21, 2011 notifications of Facebook messages between Debbie Gassert and William Pierce (DC-WAP 000749 – DC-WAP 000750) | | | Bienvenue |
| 54 | January 12, 2012 notifications of Facebook messages between Debbie Gassert and William Pierce (DC-WAP 000751 – DC-WAP 000753) | | | Bienvenue |
| 55 | March 23, 2012 e-mail from Debbie Gassert to William Pierce (DC-WAP 000757) | | | Bienvenue |
| 56 | March 24, 2012 e-mail from Debbie Gassert to William Pierce (DC-WAP 000758) | 5/3/16 | 5/3/16 | Bienvenue |

5

Government ___
Plaintiff   ___
Defendant   _X_
Joint       ___
Court       ___

William Pierce

vs.

District of Columbia

Civil/Criminal No. 1:13-cv-00134-KBJ

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 57 | May 7, 2012 e-mail from Debbie Gassert to William Pierce (DC-WAP 000766) | 5/3/16 | 5/3/16 | Bienvenue |
| 58 | October 10-11, 2012 e-mail exchange between Debbie Gassert and William Pierce (DC-WAP 000781 – DC-WAP 000782) | | | Bienvenue |
| 59 | November 19, 2012 e-mail from Debbie Gassert to William Pierce (DC-WAP 000785) | | | Bienvenue |
| 60 | June 28, 2013 e-mail exchange between Debbie Gassert and William Pierce (DC-WAP 000801 – DC-WAP 000802) | 5/3/16 | 5/3/16 | Bienvenue |
| 61 | August 25, 2013 e-mail from Debbie Gassert to William Pierce (DC-WAP 000803) | | | Bienvenue |
| 62 | February 2, 2012 letter from Debbie Gassert to William Pierce (DC-WAP 000806) | 5/3/16 | 5/3/16 | Bienvenue |
| 63 | February 3, 2012 letter from Debbie Gassert to William Pierce (DC-WAP 000807) | | | Bienvenue |
| 64 | February 6, 2012 letter from Debbie Gassert to William Pierce (DC-WAP 000808) | | | Bienvenue |
| 65 | February 7, 2012 letter from Debbie Gassert to William Pierce (DC-WAP 000809 – DC-WAP 000810) | | | Bienvenue |
| 66 | February 8, 2012 letter from Debbie Gassert to William Pierce (DC-WAP 000811) | 5/3/16 | 5/3/16 | Bienvenue |

6

Government ___
Plaintiff ___
Defendant _X_
Joint ___
Court ___

William Pierce

vs.

District of Columbia

Civil/Criminal No. 1:13-cv-00134-KBJ

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 67 | February 9, 2012 letter from Debbie Gassert to William Pierce (DC-WAP 000812) | | | Bienvenue |
| 68 | February 15, 2012 letter from Debbie Gassert to William Pierce (DC-WAP 000814 – DC-WAP 000815) | | | Bienvenue |
| 69 | February 21, 2012 letter from Debbie Gassert to William Pierce (DC-WAP 000816) | | | Bienvenue |
| 70 | February 26, 2012 letter from Debbie Gassert to William Pierce (DC-WAP 000817) | 5/3/16 | 5/3/16 | Bienvenue |
| 71 | March 1, 2012 letter from Debbie Gassert to William Pierce (DC-WAP 000818 – DC-WAP 000828) | | | Bienvenue |
| 72 | March 7, 2012 letter from Debbie Gassert to William Pierce (DC-WAP 000829) | | | Bienvenue |
| 73 | March 8, 2012 letter from Debbie Gassert to William Pierce (DC-WAP 000830) | | | Bienvenue |
| 74 | March 11, 2012 letter from Debbie Gassert to William Pierce (DC-WAP 000831) | 5/3/16 | 5/3/16 | Bienvenue |
| 75 | December 3, 2013 REDACTED Individualized Recovery Plan (DC-WAP 000938 – DC-WAP 000961) | | | |
| 76 | February 5, 2013 Service Coordination and Medication Review Notes (DC-WAP 000973 – DC-WAP 000974) | | | |

7

Government _____
Plaintiff   _____
Defendant   _X_
Joint       _____
Court       _____

William Pierce

vs.

District of Columbia

Civil/Criminal No. 1:13-cv-00134-KBJ

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 77 | March 22, 2013 Individual Counseling Note (DC-WAP 000975) | | | |
| 78 | March 29, 2013 Individual Counseling Note (DC-WAP 000975 – DC-WAP 000976) | | | |
| 79 | July 16, 2013 Individualized Recovery Plan (DC-WAP 000986 – DC-WAP 001004) | | | |
| 80 | January 25, 2012 Diagnostic Review (DC-WAP 001005) | | | |
| 81 | January 10, 2012 Individualized Recovery Plan (DC-WAP 001006 – DC-WAP 001027) | | | |
| 82 | January 10, 2012 Adult Clinical Diagnostic Report (DC-WAP 001034 – DC-WAP 001044) | | | |
| 83 | January 9, 2012 Department of Mental Health Intake Screening Form (DC-WAP 001060) | | | |
| 84 | January 19, 2012 – May 19, 2014 Department of Mental Health Physician's Orders (DC-WAP 001062 – DC-WAP 001063) | 5/4/16 | | Pierce |
| 85 | January 20, 2012 Progress Note (DC-WAP 001101 – DC-WAP 001103) | 5/4/16 | 5/4/16 | |
| 86 | June 17, 2011 Progress Note (DC-WAP 001111 – DC-WAP 001113) | 5/4/16 | | Pierce |
| 87 | April 20, 2011 Progress Note (DC-WAP 001114) | | | |
| 88 | April 5, 2014 Metro Transit Police Department Event Report and Suspect/Arrestee Report relating to CCN 20141681 (DC-WAP 002194 – DC-WAP 002200) | | | |

8

Government  ___
Plaintiff     ___
Defendant   X
Joint        ___
Court        ___

William Pierce

vs.

District of Columbia

Civil/Criminal No. 1:13-cv-00134-KBJ

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 89 | April 5, 2014 WMATA audio and video files relating to April 5, 2014 Metro Transit Police Department Event Report, CCN 20141681 | | | |
| 90 | January 31, 2008 Intake Health Survey (DC-WAP 002241; DC-WAP 002240) | | | |
| 91 | February 7, 2008 Initial History and Physical Examination Progress Note (DC-WAP 002242) | | | |
| 92 | February 7, 2008 Initial Medical History (DC-WAP 002244 – DC-WAP 002245) | 5/4/16 | 5/4/16 | Pierce |
| 93 | February 7, 2008 History and Physical (DC-WAP 002248; DC-WAP 002250; DC-WAP 002252) | 5/4/16 | 5/4/16 | Pierce |
| 94 | January 5, 2009 Progress Note (DC-WAP 002312; DC-WAP 002314) | 5/4/16 | 5/4/16 | Pierce |
| 95 | August 27, 2009 Progress Note (DC-WAP 002320; DC-WAP 002322) | 5/4/16 | 5/4/16 | Pierce |
| 96 | September 2, 2009 Progress Note (DC-WAP 002326; DC-WAP 002328; DC-WAP 002330; DC-WAP 002332 DC-WAP 002334) | 5/4/16 | 5/4/16 | Pierce |
| 97 | March 31, 2010 Progress Note (DC-WAP 002344; DC-WAP 002346; DC-WAP 002348; DC-WAP 002350) | 5/4/16 | 5/4/16 | Pierce |
| 98 | May 12, 2010 Progress Note (DC-WAP 002352; DC-WAP 002354; DC-WAP 002356; DC-WAP 002358; DC-WAP 002360) | 5/4/16 | 5/4/16 | Pierce |
| 99 | May 19, 2010 Progress Note (DC-WAP 002362; DC-WAP 002364) | 5/6/16 | 5/4/16 | Pierce |
| 100 | Webster Dickinson Manual of the Word Radiant | 5/6/16 | 5/6/16 | Madeline Shelton |

9

William Pierce

vs.

District of Columbia

Civil/Criminal No. 1:13-cv-00134-KBJ

Government ___
Plaintiff ___
Defendant _X_
Joint ___
Court ___

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 101 | Civil Complaint | 5/6/16 | | Shelton |
| 102 | Diagnostic + Statistical Manuel of Mental Disorder (?) | 5/6/16 | 5/6/16 | Shelton |

10