UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

William Pierce
_____
PLAINTIFF

vs.                                    CASE NO. 13-cv-134 (KBJ)

District of Columbia
_____
DEFENDANT

## Attorney's Acknowledgments Concerning Trial Exhibits

Counsel for the plaintiff and the defendant acknowledge that they have jointly reviewed, and redacted (if necessary), the exhibits that were admitted into evidence with the courtroom deputy and have agreed that they are the exhibits which will be submitted to the jury for deliberations.

Counsel for Plaintiff:
/s/ Tina Shanawolo

Date: 5/10/16

Counsel for Defendant:
/s/ Anne M. Orcutt

Date: 5/10/16