Civil Judgment (Rev. DC 03/2010)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

William Pierce,

    Plaintiff(s)

v.

District of Columbia,

    Defendant(s)

Civil Action No. 13-0134

## JUDGMENT ON THE VERDICT
### FOR PLAINTIFF

This cause having been tried by the Court and a Jury, before the Honorable Ketanji Brown Jackson, Judge presiding, and the issues having been duly tried and the Jury having duly rendered its verdict; now, therefore, pursuant to the verdict,

IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff(s):

William Pierce

have and recover of and from the defendant(s):

the District of Columbia

the sum of $70,000

together with costs.

ANGELA D. CAESAR, Clerk

Dated: 5/11/16

By: _Gwendolyn Franklin_
Deputy Clerk